**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:03cr00436-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JONATHAN HENDERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

   This matter was heard on April 5, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant has violated the conditions of his supervised release.  The defendant was present and represented by Attorney Carolyn Kucharski.

   The February 21, 2013, violation report was referred to Magistrate Judge William H. Baughman, Jr., who issued a Report and Recommendation on March 20, 2013.  No objections were filed to the Report and Recommendation.  The Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

     1) failure to notify the U.S. Probation Department of change of address;

     2) failure to report to the U.S. Probation Department as directed;

     3) failure to secure legitimate employment;

     4) failure to submit monthly supervision reports.

The Court found each of the violations to be Grade C and defendant's Criminal History Category to be IV.

The Court, after considering the Section 3553(a) factors, continued defendant's supervised release with the following additional conditions: 1) defendant shall remain in the custody of the U.S. Marshal pending placement in a community control facility; 2) defendant shall successfully complete community control placement; 3) defendant will continue to be subject to drug testing, and 4) defendant shall obtain and remain gainfully employed.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: April 7, 2013                                        s/    James S. Gwin
                                                            JAMES S. GWIN
                                                            UNITED STATES DISTRICT JUDGE